UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TYRONE WALTON | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| E S & H, INC. | § | MAGISTRATE: _____ |

***Rule (9)h***

**COMPLAINT**

NOW INTO COURT, by and through undersigned counsel, comes plaintiff, TYRONE WALTON, a person of the full age of majority, and resident of Jefferson Parish, Louisiana, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law of the United States of America.

2.

Defendant, E S & H, INC., is a Louisiana corporation authorized to do and doing business within the jurisdiction of this Honorable Court listing 1730 Coteau Road, Houma, Louisiana as

its address.

3.

On or about July 28, 2010, plaintiff, TYRONE WALTON, was employed by Rag Industrial Solutions, Inc. and was engaged in work in the Gulf of Mexico providing response to the oil spill crisis.

4.

On or about July 28, 2010, plaintiff was aboard the M/V MISS KATELYN, a vessel operated by and under the control of the defendant E S & H, INC. The M/V MISS KATELYN was moored at the dock near Grand Isle, Louisiana, when a 26' SKIFF, also operated and under the control of the defendant E S & H, INC., collided with the M/V MISS KATELYN.

5.

As a result of the impact, the plaintiff fell to the vessel's deck causing severe injuries to the plaintiff, including but not limited to injuries to plaintiff's spine and lower back.

6.

The legal cause of this accident was the fault and/or negligence attributable to the defendant, E S & H, INC., in the following non-exclusive respects:

- a. failing to provide safe and seaworthy vessels appropriate to the responsibility undertaken by E S & H, INC.;
- b. failing to provide competent boat operators;
- c. the failures of the boat operator of the 26' SKIFF to maintain safe control of his vessel;
- d. failing to train and supervise its boat operators; and,

    e.       other negligent acts which may be shown at trial.

7.

As a result of the above and foregoing negligent acts and/or omissions, plaintiff, Tyrone Walton, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

    a.       Past and future loss of wages and benefits;

    b.       Impairment of future earning capacity;

    c.       Physical pain and suffering;

    d.       Mental and emotional pain and suffering;

    e.       Past and future medical expenses;

    f.       Loss of enjoyment of life;

    g.       Permanent disability;

    h.       Additional damages to be shown at the trial of this action.

8.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, plaintiff, TYRONE WALTON, prays for judgement herein and against defendant, E S & H, INC. and that defendant be duly cited and served with a copy of this Complaint, that it be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, TYRONE WALTON, and against defendant herein, E S & H, INC. in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Service of this complaint and summons will be made in accordance with the Federal Rules of Civil Procedure.

*/s/ Rhett E. King*
Rhett E. King