UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE WALTON | CIVIL ACTION |
| VERSUS | NO. 11-1819 |
| E S & H, INC. | SECTION  "N"  (2) |

## O R D E R

Considering the settlement agreed upon among the parties on November 4, 2013;

**IT IS ORDERED** that within thirty (30) days the parties shall pay to the Clerk of this Court costs associated with empaneling the jury in the following amounts:  (1) the plaintiff, Tyrone Walton, shall pay $718.67; (2) the intervenor, Argonaut Insurance Company, shall pay $718.67; and (3) and the defendants, McGee's Landing, Inc. and Markel American Insurance Company, collectively shall pay $718.67.

New Orleans, Louisiana, this  5th   day of November, 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**