UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE WALTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1819** |
| **ES&H, INC.** | **SECTION "N" (2)** |

### ORDER OF DISMISSAL

On November 4, 2013, in Open Court and before a duly authorized court reporter, counsel for the parties advised that all parties to this action have firmly agreed upon a compromise. Therefore,

**IT IS ORDERED** that these actions be and are hereby dismissed, each party to bear its own costs, and without prejudice to the right, upon good cause shown within thirty days, to reopen the action if settlement is not consummated. The court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 5th day of November, 2013.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE